Argued and submitted September 4, reversed and remanded for reconsideration December 30, 1992, reconsideration denied June 16, petition for review pending 1993

In the Matter of the Compensation of
Bruce L. Hirschkorn, Claimant.
SAIF CORPORATION
and Prosser, Inc.,
*Petitioners*,

*v.*

Bruce L. HIRSCHKORN,
*Respondent.*
(90-20179; CA A72741)
844 P2d 262

Michael O. Whitty, Special Assistant Attorney General, Salem, argued the cause for petitioners. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Darrell E. Bewley, Salem, argued the cause for respondent. With him on the brief was Vick and Gutzler, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Tektronix, Inc. v. Nazari*, 117 Or App 409, 844 P2d 258 (1992).